## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY MORGAN, | ) |
| Plaintiff, | ) Case No. 1:23-cv-00431-RGA |
| v. | ) |
| EVOQUA WATER TECHNOLOGIES CORP., RON C. KEATING, MARTIN J. LAMB, PETER M. WILVER, GARY A. CAPPELINE, LISA GLATCH, JULIA A. SLOAT, NICK BHAMBRI, SHERRESE CLARKE SOARES, and LYNN C. SWANN, | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: May 22, 2023

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*